taining the pole in such close proximity to the traveled lane of the highway was negligence met the rules of good pleading. Birmingham Railway Light & Power Co. v. Gonzalez, 183 Ala. 273, 61 So. 80, Ann.Cas. 1916A, 543; Morgan Hill Paving Co. v. Fonville, 222 Ala. 120, 130 So. 807.

The demurrer to said count A was not well taken and the ruling thereon was free from error.

■ On the question of the proximity of the pole to the traveled lane being dangerous, and as going to show notice to defendant, evidence of previous wrecks of other vehicles and physical evidence thereof left on the pole was admissible. Southern Railway Co. v. Posey, 124 Ala. 486, 26 So. 914.

■ The evidence was in conflict on the issues formed by the pleadings, and we are not able, after allowing all reasonable presumption of its correctness, to affirm that the preponderance of the evidence against the verdict is so decided as to clearly convince us that it is wrong and unjust. Cobb v. Malone & Collins, 92 Ala. 630, 9 So. 738, 739.

The affirmative charge, therefore, was refused and the motion for new trial denied, without error.

Affirmed.

ANDERSON, C. J., and THOMAS and KNIGHT, JJ., concur.

Thos. S. Lawson, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for the motion.

E. F. Hildreth, of Eutaw, opposed.

KNIGHT, Justice.

The petition here filed is by the State of Alabama, on relation of the Attorney General, to review and revise the opinion and judgment of the Court of Appeals, in the case of Elmer Turner v. State, 194 So. 687.

In denying the writ, which we do in this case, we do not wish to be understood as holding that the verdict of the jury was sufficient to support the judgment. The Court of Appeals reversed the case upon other grounds, and ordered a new trial, and it is unnecessary, therefore, for us to pass upon the sufficiency of the verdict. We, therefore, express no opinion on that question.

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.

194 So. 689

Ex parte STATE ex rel. ATTY. GEN.

TURNER v. STATE.

2 Div. 159.

Supreme Court of Alabama.

March 14, 1940.

194 So. 661

CLARK et al. v. WHORTON et al.

8 Div. 27.

Supreme Court of Alabama.

March 14, 1940.

